AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 13-5481    DATE FILED: 9/19/2013 | Eastern District of Pennsylvania<br>601 Market Street - Room 2609<br>Philadelphia, PA 19106 |
| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. Olympic Blvd. - Ste. 501<br>Los Angeles, CA 90015 | DEFENDANT<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  - SEE ATTACHED - | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Michael E. Kunz, Clerk of Court | | 9/19/2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 173.75.235.96

**ISP:** Verizon FiOS
**Location:** Wayne, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 02/18/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/24/2013 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 05/30/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/18/2013 |
| Alone in My Room | PENDING | 07/02/2013 | 07/26/2013 | 07/06/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 04/06/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/16/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/16/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/13/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/16/2013 |
| Burning | PENDING | 07/27/2013 | 08/26/2013 | 07/28/2013 |
| Clean and Wet | PENDING | 07/29/2013 | 08/28/2013 | 07/30/2013 |
| Dark Desires | PENDING | 07/10/2013 | 08/02/2013 | 07/11/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/18/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/10/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 04/23/2013 |
| Girls Who Like Girls | PA0001852676 | 06/20/2013 | 06/27/2013 | 06/24/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/02/2013 |
| Intimate Experience | PA0001847657 | 06/10/2013 | 06/18/2013 | 06/13/2013 |
| Introducing Kiki | PENDING | 08/11/2013 | 09/08/2013 | 08/15/2013 |
| Introducing Mila | PENDING | 07/23/2013 | 08/01/2013 | 07/26/2013 |
| Make me Feel Beautiful | PENDING | 07/25/2013 | 08/01/2013 | 07/26/2013 |

EXHIBIT B

EPA182

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 05/27/2013 |
| Meet Me in Madrid | PA0001847658 | 06/12/2013 | 06/30/2013 | 06/13/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/05/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 01/05/2013 |
| New Romance | PENDING | 08/05/2013 | 09/03/2013 | 08/06/2013 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 07/01/2013 |
| Out of This World | PA0001833294 | 03/28/2013 | 04/01/2013 | 04/02/2013 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 06/24/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/14/2013 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 07/02/2013 |
| Raw Passion | PENDING | 08/18/2013 | 09/02/2013 | 08/19/2013 |
| Ready or Not | PA0001852675 | 06/18/2013 | 06/27/2013 | 06/24/2013 |
| Rolling in the Sheets | PA0001847653 | 06/01/2013 | 06/17/2013 | 06/13/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/23/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 07/02/2013 |
| Sneaking In | PENDING | 08/17/2013 | 09/08/2013 | 08/19/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/26/2013 |
| So Close Together | PENDING | 08/09/2013 | 09/08/2013 | 08/11/2013 |
| Spontaneous | PENDING | 08/22/2013 | 09/10/2013 | 08/23/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/17/2013 |
| Stay for a While | PENDING | 07/05/2013 | 08/02/2013 | 07/06/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/09/2013 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 01/10/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/24/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/06/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/01/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/09/2013 |
| Triple Threat | PENDING | 08/13/2013 | 09/02/2013 | 08/15/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/06/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 07/02/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 01/09/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/15/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/12/2013 |
| We Love Ourselves | PENDING | 08/26/2013 | 09/08/2013 | 08/27/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/24/2013 |
| Without Words | PENDING | 07/17/2013 | 08/01/2013 | 07/18/2013 |
| Wonder Waltz | PENDING | 07/15/2013 | 08/02/2013 | 07/18/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 60**

EXHIBIT B

EPA182